UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tito Barron Aguilar,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O Hallings, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-00771-CDS-EJY<br><br>**ORDER** |

On April 22, 2024, Plaintiff submitted an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. On May 30, 2024, Plaintiff filed a Motion titled "Filing Fee," stating he arranged for a $44 check to be sent to the Clerk of the Court as partial payment of the filing fee, but the check was returned noting that the Court does not accept partial payments. ECF No. 3. The Court construes this Motion as seeking clarification regarding the filing fee. On June 3, 2024, Plaintiff filed another Motion titled "Filing Fee Issues," which seeks to extend the deadline to pay the filing fee and enjoin the Nevada Department of Corrections from blocking his access to the Courts. ECF No. 4.

The Court clarifies it received Plaintiff's IFP application and Complaint, and finds the IFP application complete. This means Plaintiff need not file any additional documents to be considered for IFP status. Importantly, Plaintiff is not required to pay any portion of the filing fee at this time because the Court has not yet determined whether he qualifies for IFP status.

The Court has placed Plaintiff's Complaint in line for screening under 28 U.S.C. § 1915A and will be screened in the ordinary course. In doing so, the Court will either grant Plaintiff's IFP application, deny or defer its ruling. As explained in the Advisory Letter the Court sent Plaintiff on April 23, 2024, "[a]s long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case." ECF No. 2 at 2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Filing Fee (ECF No. 3) is GRANTED in part and DENIED in part to the extent the Court clarifies Plaintiff's IFP application is complete, and he need not pay any portion of the filing fee unless ordered by the Court to do so.

1  IT IS FURTHER ORDERED that Plaintiff's Motion for Filing Fee Issues (ECF No. 4) is
2  DENIED.
3  DATED this 23rd day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2