# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tito Barron Aguilar,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C/O Hallings, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-00771-CDS-EJY<br><br>**Order** |

Plaintiff is no longer at the address on file with the Court (ECF No. 14) and has failed to file his updated address as required under U.S. District Court for the District of Nevada Local Rule IA 3-1. This Rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id*. Failure of a *pro se* party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

Accordingly, IT IS HEREBY ORDERED that on or before **May 30, 2025**, Plaintiff must update his address with the Court.

IT IS FURTHER ORDERED that the Clerk of the Court will send courtesy copies of this Order and the Minutes of Proceedings (ECF No. 13) to Plaintiff at High Desert State Prison, which is where he is housed as indicated on the Mail Returned (ECF No. 14).

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

Dated this 30th day of April, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE