UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>C/O HALLINGS, et al.,<br><br>Defendants. | Case No. 2:24-cv-00771-CDS-EJY<br><br>**ORDER** |

On May 29, 2025, the Court entered an Order requiring the Nevada Attorney General's Office to provide "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service; and (c) the names of the defendants for whom it is filing the last-known-address information under seal." ECF No. 20 at 2. As to any of the named defendants for whom the Attorney General's Office could not accept service, the Attorney General's Office was ordered to file, under seal, and not serve Plaintiff, "the last known address(es) of those defendant(s) for whom it has such information." *Id*. On June 20, 2025, the Attorney General filed a Notice of Acceptance of Service on behalf of Darryl Kelley and William Tate. ECF No. 21. The Attorney General's Office did not file any information for those defendants for whom it does not accept service.

Accordingly, IT IS HEREBY ORDERED that the Deputy Attorney General is to investigate and use reasonable efforts to identify each of the unserved Defendants in this matter and, no later than **July 25, 2025**, file the last known addresses for each unserved Defendant unless the Attorney General's Office is able to represent any of the unserved Defendants. If representation of any unserved Defendant will be through the Attorney General's Office, the response to Plaintiff's operative Complaint will be due 60 days thereafter.

Dated this 25th day of June, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1