UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TITO BARRON AGUILAR, | Case No. 2:24-cv-00771-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| C/O HALLINGS, et al., | |
| Defendants. | |

On June 25, 2025, the Court entered an Order requiring the Deputy Attorney General to investigate and use reasonable efforts to identify unserved Defendants Senior CO Hauser and CO Hauling. ECF No. 22. The Deputy Attorney General complied with the Order, but is unable to locate these Defendants as "there does not appear to be any record of a Senior Officer Hauling or Senior Officer Hauser working at SDCC around the time of the alleged incident." ECF No. 24. Without additional information from Plaintiff regarding these individuals such as first names, badge numbers, or other information, these Defendants will not be identified and cannot be served.

Accordingly, IT IS HEREBY ORDERED that no later than **August 18, 2025**, Plaintiff must file with the Court a report providing as much information as possible regarding Defendants CO Hauser and CO Hauling including, if possible, first names or first initials if the names are not available, badge numbers, and physical descriptions.

IT IS FURTHER ORDERED that if additional information is not available, Defendants CO Hauser and CO Hauling may ultimately be dismissed from this action.

Dated this 28th day of July, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1